AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| GREE, INC. <br><br> *Plaintiff(s)* <br> v. <br> SUPERCELL OY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-00161 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Supercell Oy
Itämerenkatu 11-13
Helsinki, Uusimaa 00180
Finland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven D. Moore (CA Bar No. 290875)
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: 415 576 0200 / Facsimile: 415 576 0300
Email:  smoore@kilpatricktownsend.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   5/7/19                                        David A. O'Toole
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00161

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                                                           _____
                                                                                                    *Server's signature*

                                                                                           _____
                                                                                                    *Printed name and title*

                                                                                           _____
                                                                                                    *Server's address*

Additional information regarding attempted service, etc:

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| STEVEN D. MOORE ESQ, Bar #290875<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-576-0200  FAX No: 415-576-0300 | | |
| Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court For The Eastern District Of Texas | | |
| Plaintiff: GREE, INC. | | |
| Defendant: SUPERCELL OY | | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:19-cv-00161 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; FIRST AMENDED COMPLAINT; STANDING ORDER REGARDING PARTICIPATION OF LOCAL COUNSEL IN MEDIATION EFFORTS; REFERRAL ORDER RG-72-1

3. a. Party served: SUPERCELL OY
   b. Person served: GREG HARPER, Agent for Service of Process, White, Male, 40-50 Years Old, Gray Hair, 5 Feet 11 Inches, 160 Pounds

4. Address where the party was served: 130 CRESCENT ROAD
   SAN ANSELMO, CA 94960

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., May. 28, 2019 (2) at: 8:15AM

7. **Person Who Served Papers:**
   a. URIEL CARMONA
   b. **A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 464
   (iii) County: San Mateo
   (iv) Expiration Date: Thu, Aug. 20, 2020

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, May. 28, 2019

*(signature)* (URIEL CARMONA)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

5760200.118214